## Crawford v. Saunders.

APPEAL from Geneva Circuit Court.

Tried before the Hon. J. M. CARMICHAEL.

T. M. ESPY, for appellant.

M. E. MILLIGAN, *contra.*

This was a statutory trial of the right of property,

which was instituted by the appellee interposing a claim to property levied upon under an attachment, issued in a suit by J. R. Crawford against R. S. Saunders. There was judgment for the claimant. Judgment affirmed.

Opinion by McClellan, J.